# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARK ANTHONY MORRIS

NO. 2026 KW 0446

**JUNE 29, 2026**

---

In Re:    Mark Anthony Morris, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-98-0059.

---

**BEFORE:    McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

**WRIT DENIED WITH ORDER.** Relator's contention that the district court has not ruled on the application for postconviction relief, filed in 2022 is refuted by the district court record. Furthermore, the 2023 judgment on relator's application for postconviction relief was previously reviewed by this court and the ruling is final. See **State v. Morris**, 2024-0589 (La. App. 1st Cir. 9/9/24), 2024 WL 4117127 (unpublished), writ denied, 2024-01268 (La. 1/14/25), 398 So.3d 641. This court takes judicial cognizance of the district court's Order that relator be served with a copy of the ruling on the application for postconviction relief at David Wade Correctional Center. Relator indicates he is currently incarcerated at Elayn Hunt Correctional Center. Accordingly, the district court is ordered to provide relator with copies of the commissioner's recommendation and the December 5, 2023, Order dismissing relator's application for postconviction relief at Elayn Hunt Correctional Center, if it has not already done so.

PMc
TPS
BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT